B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Hasieba Ally**                                                                Case No.  **6:14-bk-13511**
Debtor(s)                                                                               Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:** <br> **First Tennessee Bank** | **Describe Property Securing Debt:** <br> **Location: 7265 Mardell Ct, Orlando FL 32835 (1/3 ownership)** |
|---|---|

Property will be (check one):
☐ Surrendered       ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt       ■ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:** <br> **Seterus** | **Describe Property Securing Debt:** <br> **Location: 7265 Mardell Ct, Orlando FL 32835 (1/3 ownership)** |
|---|---|

Property will be (check one):
☐ Surrendered       ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt       ■ Not claimed as exempt

---

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

**Property No. 1**

| **Lessor's Name:** <br> **-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ YES       ☐ NO |
|---|---|---|

B8 (Form 8) (12/08)   Page 2

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **January 15, 2015**     Signature **/s/ Hasieba Ally**
                                                     **Hasieba Ally**
                                                   Debtor